UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KYE W CHUNG,

Plaintiff,

v.

STEPHANIE CARNELTI, et al.,

Defendants.

Case No. 26-cv-07500-LJC

**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED**

Plaintiff Chung filed this action on July 21, 2026. ECF No. 1. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff's last day to complete service on Defendants or to file a motion for administrative relief from the service deadline was October 19, 2026. The docket does not indicate that Plaintiff has completed service or that Defendant has waived service of summons. "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). The service deadline may be extended upon a showing of good cause. *Id.*

In the present action, the ninety-day deadline for completing service has passed, and no showing of good cause has been made to extend the deadline. No party filed a case management statement in advance of the October 22, 2026 Initial Case Management Conference. Accordingly, the Court issues this Order directing Plaintiff to show cause why this action should not be dismissed without prejudice for failure to timely complete service of process and for failure to prosecute the action. **Plaintiff shall file a response no later than November 20, 2026, explaining why the case should be allowed to remain open.** Plaintiff's failure to respond to this Order by the deadline may result in a report and recommendation by the undersigned that this case

United States District Court
Northern District of California

be dismissed for failure to prosecute.

The Initial Case Management Conference is hereby continued to December 17, 2026.

**IT IS SO ORDERED.**

Dated: October 21, 2026

LISA J. CISNEROS
United States Magistrate Judge