UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KYE W CHUNG,

Plaintiff,

v.

STEPHANIE CARNELTI, et al.,

Defendants.

Case No. 26-cv-07500-LJC

**ORDER SETTING DEADLINE FOR SERVICE IN COMPLIANCE WITH FEDERAL RULE OF CIVIL PROCEDURE 4 AND DISCHARGING ORDER TO SHOW CAUSE**

Re: Dkt. Nos. 6, 7

On October 21, 2026, the Court issued an Order to Show Cause Why Action Should Not Be Dismissed for failure to complete timely service. ECF No. 6. Plaintiff responds that he has reached a settlement agreement with the same parties in two other cases in this District and that agreement includes this case. Plaintiff represents that Defendants will fulfill the terms of that agreement sometime in November 2026 and Plaintiff intends to voluntarily dismiss this case then. ECF No. 7.

"District courts have broad discretion to extend time for service under Rule 4(m)." *Efaw v. Williams*, 473 F.3d 1038, 1041 (9th Cir. 2007) (citing Fed. R. Civ. P. 4(m)). Given Plaintiff's representations, the Court continues Plaintiffs' deadline for service until January 10, 2027, with a status update or voluntary dismissal due by December 10, 2026 in lieu of the Case Management Statement currently due by that date. The Order to Show Cause is **DISCHARGED.**

//

//

//

//

United States District Court
Northern District of California

United States District Court
Northern District of California

**IT IS SO ORDERED.**

Dated: November 4, 2026

LISA J. CISNEROS
United States Magistrate Judge